STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Email:           Shilpi_Agarwal@fd.org

Counsel for Defendant Andreas Guenther

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREAS GUENTHER, <br><br> Defendant. | No. 3:14-mj-71518 <br><br> STIPULATION AND [PROPOSED] ORER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The above-captioned matter is currently set for a preliminary hearing and status conference on Thursday, March 5, 2015 at 9:30 am.  The parties hereby request that the Court enter an Order continuing the preliminary hearing until August 10, 2015 at 9:30 am.  When we last appeared before the Court, we informed the Court that the parties were referring Mr. Andreas Guenther to the pretrial diversion program. Mr. Guenther has now been accepted into that program by pre-trial services. The parties have agreed on the terms of 5 months of pre-trial diversion and Mr. Guenther, his counsel, and government counsel have signed the written agreement. If, as the parties anticipate, Mr. Guenther successfully completes his pre-trial diversion, the government will dismiss the complaint and the parties will jointly request the matter be taken off calendar prior to the August 10, 2015 date.

For the above stated reasons, Mr. Guenther waives the time limits of Federal Rule of Criminal Procedure 5.1 for a preliminary hearing until August 10, 2015, in order to allow for the successful completion of diversion. The parties further agree that time is properly excluded under the Speedy Trial Act for effective preparation and pending performance under a pre-trial diversion agreement. *See* 18 U.S.C. § 3161(h)(2), (h)(7)(B)(iv).

IT IS SO STIPULATED.

March 2, 2015                                        /s/
_____                  _____
DATED                                          SHILPI AGARWAL
                                                     Assistant Federal Public Defender

March 2, 2015                                        /s/
_____                  _____
DATED                                          MARC PRICE WOLF
                                                     Assistant United States Attorney

IT IS SO ORDERED.

     March 3, 2015
_____
DATED

*IT IS SO ORDERED*
*Judge Maria-Elena James*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1